1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7
8
9

| | |
|---|---|
| CHENG CHEN, individually and on behalf of all others similarly situated, | No. 2:25-cv-01847-JNW |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | [CLERK'S ACTION REQUIRED] |
| PANDA EXPRESS, INC., a foreign profit corporation; PANDA RESTAURANT GROUP, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities, | |
| Defendants. | |

Based on the stipulation of the parties, the Court hereby ORDERS that this action is dismissed without an award of costs or attorneys' fees to any party.

Plaintiff's claims are dismissed with prejudice. The claims of others similarly situated to Plaintiff, if any, are dismissed without prejudice.

The Clerk of the Court is directed to dismiss this case in its entirety.

DATED this 13th day of January, 2026.

_____
JUDGE JAMAL N. WHITEHEAD

ORDER FOR DISMISSAL - 1

No. 2:25-cv-01847-JNW

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Presented by:

**EMERY | REDDY, PC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: */s/ Douglas E. Smith*
Douglas E. Smith, WSBA No. 17319
Laura Y. Davis, WSBA No. 52036
Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-3300
Fax: (206) 447-6965
Email: desmith@littler.com
Email: ladavis@littler.com

*Attorneys for Defendants*

ORDER FOR DISMISSAL - 2

No. 2:25-cv-01847-JNW

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711